J. A. McMICHAEL v. THE STATE.

No. 9973.   Delivered Dec. 23, 1925.

Embezzlement—Appeal Dismissed.

Upon the written request of appellant duly verified by his affidavit, the appeal is dismissed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for embezzlement, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for embezzlement; punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*